No. 554
ENGLANDER MOTOR CO. v. ZIMMERMAN
Ohio Appeals, 8th Dist., Cuyahoga County
No. 5381. Decided March 28, 1924

677. JUDGMENTS—An order will issue to enjoin the collection of a judgment, where the equities are in favor of judgment debtor.

VICKERY, J.

Epitomized Opinion
Published Only in Ohio Law Abstract

This is an action brought by the Englander Motor Co. to enjoin the collection of a judgment against it for $900, in favor of one Zimmerman. Zimmerman bought a truck of the Motor Company and gave a note and mortgage for part payment of the same. The Company turned the note and mortgage over to the Morris Plan Bank. When the note became due a judgment was obtained against Zimmerman for $2,900. Zimmerman set up by way of defense a plea of infancy, but the court found that he was not an infant. As he was uncollectible, the Motor Company, being surety, had to pay the judgment.

Zimmerman then recovered a judgment in municipal court against the Company for $900, setting up that he was a minor and asking to recover certain money which he had paid them as part payment on the truck. The

## STATE COURT OF APPEALS—Continued

municipal court found that he was a minor and rendered judgment in his favor. The Motor Company then filed this suit to enjoin the collection of this $900, claiming that as Zimmerman was uncollectible, it would be compelled to pay his judgment unless he was restrained from collecting the same. In rendering a permanent injunction the Court of Appeals held:

1. As there was an unreversed judgment existing in favor of the Motor Company in the sum of $2,900 and one in favor of Zimmerman to the extent of $900, it would be manifestly unfair to compel the Motor Co. to pay this judgment when Zimmerman is insolvent and cannot be made to pay. Therefore, a restraining order is permissible, as the Company should be permitted to offset as much of its judgment as is necessary to protect it against the judgment of Zimmerman.

Attorneys—George Q. Keeley, for Motor Co.; George D. Hile, for Zimmerman; both of Cleveland.